In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-00424-CR


____________________



JUSTIN EDWARD HARRISON a/k/a JUSTIN HARRISON, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 07-02344






 MEMORANDUM OPINION


 Appellant, Justin Edward Harrison a/k/a Justin Harrison, filed a motion to dismiss his
appeal pursuant to Tex. R. App. P. 42.2. The motion is signed by appellant personally after
counsel filed a brief which certifies that counsel could find no arguable error upon which to
base an appeal. We therefore treat the motion to withdraw the appeal as agreed to by
counsel. See Tex. R. App. P. 2, 42.2. No opinion has issued in this appeal.


 It is ORDERED that the motion to withdraw the notice of appeal is GRANTED, and
the appeal is therefore DISMISSED. The Clerk of the Court shall forward a duplicate copy
of this opinion to the clerk of the court in which the notice of appeal was filed.

 APPEAL DISMISSED.


 __________________________

 HOLLIS HORTON

 Justice


Opinion Delivered November 12, 2009

Do Not Publish

Before Gaultney, Kreger, and Horton, JJ.